**EXHIBIT A**

App #
Min #

# Note

November 05, 2014           CAMP HILL           PENNSYLVANIA
*[Date]*           *[City]*           *[State]*

5 N RAMONA ROAD
MYERSTOWN, PA 17067
*[Property Address]*

## 1. Borrower's Promise to Pay

In return for a loan that I have received, I promise to pay U.S. $ 117,244.00 (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is FULTON BANK, N.A.

I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. Interest

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of 3.875%.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3. Payments

### (A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the 1st day of each month beginning on January 01, 2015. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on December 01, 2044, I still owe amounts under this Note, I will pay those amounts in full on that date, which is is called the "Maturity Date."

I will make my monthly payments at ONE PENN SQUARE, LANCASTER, PA 17602
or at a different place if required by the Note Holder.

### (B) Amount of Monthly Payments

My monthly payment will be in the amount of U.S. $ 551.32 .

## 4. Borrower's Right to Prepay

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

MULTISTATE FIXED RATE NOTE - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT      Form 3200 1/01
VMP ®      VMP5N (1302)
Wolters Kluwer Financial Services      Page 1 of 3

## 5. Loan Charges

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 6. Borrower's Failure to Pay as Required

### (A) Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of Fifteen calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be 4.000% of my overdue payment of principal and interest.

I will pay this late charge promptly but only once on each late payment.

### (B) Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

### (C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

### (D) No Waiver By Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

### (E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7. Giving of Notices

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8. Obligations of Persons Under this Note

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

MULTISTATE FIXED RATE NOTE - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services

Form 3200 1/01
VMP5N (1302)
Page 2 of 3

### 9. Waivers

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

### 10. Uniform Secured Note

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

    If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

    If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____(Seal)        _____(Seal)
ERIC M PYSHER                          -Borrower                                                                   -Borrower

_____(Seal)        _____(Seal)
                                         -Borrower                                                                       -Borrower

*[Sign Original Only]*

☐ Refer to the attached *Signature Addendum* for additional parties and signatures.

Loan origination organization FULTON BANK, N.A.
NMLS ID ▮▮▮▮▮▮▮▮
Loan originator Jessie Schwalm
NMLS ID ▮▮▮▮▮▮▮▮

Pay to the order of WELLS FARGO BANK, N.A.
Without Recourse
Fulton Bank, N.A.
By: _____
Name: TAMMY J. MORRISON
Title: SECONDARY MARKET OFFICER

MULTISTATE FIXED RATE NOTE - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT      Form 3200 1/01
VMP ®      VMP5N (1302)
Wolters Kluwer Financial Services      Page 3 of 3

WITHOUT RECOURSE
PAY TO THE ORDER OF

WELLS FARGO BANK, N.A.
BY _____
SAMUEL C. SHELLEY, SENIOR VICE PRESIDENT

0156



COUNTY OF LEBANON
RECORDER OF DEEDS
Donna J. Lutz, Recorder
400 South 8th Street Room 107
Lebanon, Pennsylvania 17042-6794

Instrument Number - 201413207
Recorded On 11/7/2014 At 1:25:09 PM
* Instrument Type - DEED
Invoice Number - 253457
* Grantor - LEFFLER, FRANCES
* Grantee - PYSHER, ERIC M

Book - 2204  Starting Page - 1615
* Total Pages - 4

* FEES

| | |
|---|---|
| STATE TRANSFER TAX | $1,149.00 |
| STATE WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $35.50 |
| RECORDING FEES - RECORDER OF DEEDS | $13.00 |
| PARCEL CERTIFICATION FEE | $10.00 |
| AFFORDABLE HOUSING | $12.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| EASTERN LEBANON SCHOOL DISRICT REALTY TA | $574.50 |
| JACKSON TOWNSHIP | $574.50 |
| TOTAL PAID | $2,374.00 |

This is a certification page

# DO NOT DETACH

This page is now part
of this legal document.

I hereby CERTIFY that this document is
recorded in the Recorder of Deeds Office
of Lebanon County, Pennsylvania.

*Donna J. Lutz*

Donna J. Lutz
Recorder of Deeds

\* - Information denoted by an asterisk may change during
the verification process and may not be reflected on this page.

Book: **2204** Page: **1618**

Prepared By:

Lisa M Cochran
One Penn Square
Lancaster, PA  17602

(717) 735-2242
Return To:

FULTON BANK, N.A.
4429 Bonney Road, Suite 310
Virginia Beach, VA  23462
Attn: Post Closing

Parcel Number:
23 2362912 380603
Premises:
5 N RAMONA ROAD
MYERSTOWN, PA  17067

CERTIFIED PROPERTY IDENTIFICATION NUMBERS
JACKSON TP
CERTIFIED 11/07/2014 BY MJC

PURCHASE MONEY Mortgage

MIN ████████████

### Definitions

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "**Security Instrument**" means this document, which is dated November 05, 2014, together with all Riders to this document.

(B) "**Borrower**" is ERIC M PYSHER

PENNSYLVANIA - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS
VMP ®
Wolters Kluwer Financial Services

Form 3039 1/01
VMP6A(PA) (     )
Page 1 of 20



Borrower is the mortgagor under this Security Instrument.

(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the mortgagee under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and MERS has a mailing address of P.O. Box 2026, Flint, MI 48501-2026 and a street address of 1901 E Voorhees Street, Suite C, Danville, IL 61834. The MERS telephone number is (888) 679-MERS.

(D) "Lender" is FULTON BANK, N.A.

Lender is a CORPORATION
organized and existing under the laws of UNITED STATES OF AMERICA
Lender's address is ONE PENN SQUARE, LANCASTER, PA 17602

(E) "Note" means the promissory note signed by Borrower and dated November 05, 2014.
The Note states that Borrower owes Lender One Hundred Seventeen Thousand Two Hundred Forty Four And Zero/100
Dollars (U.S. $117,244.00          ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than December 01, 2044.

(F) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."

(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(H) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

[ ] Adjustable Rate Rider   [ ] Condominium Rider              [ ] Second Home Rider
[ ] Balloon Rider           [ ] Planned Unit Development Rider [ ] 1-4 Family Rider
[ ] VA Rider                [ ] Biweekly Payment Rider         [X] Other(s) [specify] Legal Description

(I) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

PENNSYLVANIA - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS
VMP ®
Wolters Kluwer Financial Services
Form 3039 1/01
VMP6A(PA) (1302)
Page 2 of 20

(J) **"Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(K) **"Electronic Funds Transfer"** means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(L) **"Escrow Items"** means those items that are described in Section 3.

(M) **"Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(N) **"Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(O) **"Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

(P) **"RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (12 C.F.R. Part 1024), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(Q) **"Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

**Transfer of Rights in the Property**

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and to the successors and assigns of MERS, the following described property located in the County    [Type of Recording Jurisdiction]

PENNSYLVANIA - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS
VMP ®
Wolters Kluwer Financial Services

Form 3039 1/01
VMP6A(PA) (1302)
Page 3 of 20

of LEBANON                                              [Name of Recording Jurisdiction]:

BEING the same premises more fully described in the attached legal description and made a part hereof.

which currently has the address of 5 N RAMONA ROAD

                                                                                    [Street]
MYERSTOWN                                   [City], Pennsylvania 17067    [Zip Code]
("Property Address"):

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

1. **Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.**
Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for

Loan Number:
Guardian Transfer File:

# Exhibit A
## Legal Description

ALL THOSE TWO contiguous tracts of land situate in the Township of Jackson, County of Lebanon and State of Pennsylvania, being respectively bounded and described as follows, to wit:

TRACT NO. 1

BEGINNING at a point in the middle of a road leading to Mt. Aetna, approximately two hundred and ninety feet (290) North of the intersection of said road with middle of Pennsylvania Route #422; thence North three and one-half degrees West (N. 3 ½ ° W) fifty-two and one-half feet (52 ½) along the middle of the Mt. Aetna road to a pin; thence South eighty-six and one-half degrees West (S. 86 ½ ° W) two hundred feet (200) along land late of George S. Ross, being Tract No. 2 herein, to a stake; thence along other land of the said George S. Ross, South three and one-half degrees East (S. 3 ½ ° E) fifty-two and one-half feet (52 ½) to a stake; thence along land now or late of George S. Ross North eighty-six and one-half degrees East (N. 86 ½ ° E) two hundred feet (200) to the place of BEGINNING.

CONTAINING 241/1000 of an acre.

TRACT NO. 2

BEGINNING at a point in the middle of road leading to Mt. Aetna approximately three hundred and forty feet (340) North of the intersection of said road with middle of Pennsylvania Route #422; thence North three and one-half degrees West (N. 3 ½ ° W) twenty feet (20) along the middle of Mt. Aetna Road to pin; thence South eighty-six and one-half degrees West (S. 86 ½ ° W) two hundred feet (200) along other land now or late of Henry H. Hacker and wife, to a stake; thence along land of George S. Ross South three and one-half degrees East (S. 3 ½ ° E) twenty feet (20) to a stake; thence along land late of George S. Ross, now Tract No. 1 herein, North eighty-six and one-half degrees East (N. 86 ½ ° E) two hundred feet (200) to the place of BEGINNING.

Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

22. **Acceleration; Remedies.** Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 18 unless Applicable Law provides otherwise). Lender shall notify Borrower of, among other things: (a) the default; (b) the action required to cure the default; (c) when the default must be cured; and (d) that failure to cure the default as specified may result in acceleration of the sums secured by this Security Instrument, foreclosure by judicial proceeding and sale of the Property. Lender shall further inform Borrower of the right to reinstate after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense of Borrower to acceleration and foreclosure. If the default is not cured as specified, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may foreclose this Security Instrument by judicial proceeding. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to, attorneys' fees and costs of title evidence to the extent permitted by Applicable Law.

23. **Release.** Upon payment of all sums secured by this Security Instrument, this Security Instrument and the estate conveyed shall terminate and become void. After such occurrence, Lender shall discharge and satisfy this Security Instrument. Borrower shall pay any recordation costs. Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law.

24. **Waivers.** Borrower, to the extent permitted by Applicable Law, waives and releases any error or defects in proceedings to enforce this Security Instrument, and hereby waives the benefit of any present or future laws providing for stay of execution, extension of time, exemption from attachment, levy and sale, and homestead exemption.

25. **Reinstatement Period.** Borrower's time to reinstate provided in Section 19 shall extend to one hour prior to the commencement of bidding at a sheriff's sale or other sale pursuant to this Security Instrument.

26. **Purchase Money Mortgage.** If any of the debt secured by this Security Instrument is lent to Borrower to acquire title to the Property, this Security Instrument shall be a purchase money mortgage.

27. **Interest Rate After Judgment.** Borrower agrees that the interest rate payable after a judgment is entered on the Note or in an action of mortgage foreclosure shall be the rate payable from time to time under the Note.

PENNSYLVANIA - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS
VMP6A
Wolters Kluwer Financial Services


VMP6A(PA) (1302)
Page 18 of 20

Inst. # 201413208 - Page 20 of 22
Case 6:19-bk-03320-KSJ    Doc 10-1    Filed 06/19/19    Page 12 of 19

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

**Borrower**

_____  11/05/2014
ERIC M PYSHER                    Date
                                 (Seal)

_____  _____
                                 Date
                                 (Seal)

_____  _____
                                 Date
                                 (Seal)

_____  _____
                                 Date
                                 (Seal)

☐ Refer to the attached *Signature Addendum* for additional parties and signatures.

PENNSYLVANIA - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS
VMP ®
Wolters Kluwer Financial Services


VMP6A(PA) (1302)
Page 19 of 20

**Acknowledgment**
State of PA
County of ~~CUMBERLAND~~ Dauphin
On November 05, 2014, before me, Carolyn M. Burk
the undersigned officer, personally appeared
ERIC M PYSHER

known to me, (or satisfactorily proven) to be the person whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

[Notary Seal: COMMONWEALTH OF PENNSYLVANIA, Notarial Seal, Carolyn M. Burk, Notary Public, Derry Twp., Dauphin County, My Commission Expires July 3, 2015]

_____
Notary Public
My commission expires: July 3, 2015

**Certificate of Residence**
I, _____, do hereby certify that the correct address of the within-named Mortgagee is 1901 E Voorhees Street, Suite C, Danville, IL 61834.

Witness my hand this 5th day of November, 2014.

_____
Agent of Mortgagee

Loan origination organization FULTON BANK, N.A.

Loan originator Jessie Schwalm

PENNSYLVANIA - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS
VMP-6
Wolters Kluwer Financial Services

Form 3039 1/01
VMP6A(PA) (1302)
Page 20 of 20



Instrument Number - 201413208
Recorded On 11/7/2014 At 1:25:10 PM
* Instrument Type - MORTGAGE
Invoice Number - 253457
* Mortgagor - PYSHER, ERIC M
* Mortgagee - MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC

Book - 2204   Starting Page - 1619
* Total Pages - 22

COUNTY OF LEBANON
RECORDER OF DEEDS
Donna J. Lutz, Recorder
400 South 8th Street Room 107
Lebanon, Pennsylvania 17042-6794

* FEES

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $35.50 |
| RECORDING FEES - RECORDER OF DEEDS | $47.00 |
| PARCEL CERTIFICATION FEE | $10.00 |
| AFFORDABLE HOUSING | $46.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| TOTAL PAID | $144.00 |

This is a certification page

**DO NOT DETACH**

This page is now part of this legal document.

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office of Lebanon County, Pennsylvania.

*Donna J. Lutz*

Donna J. Lutz
Recorder of Deeds

\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

Book: **2204**  Page: **1640**

***Send All Notices to Assignee***

**RECORDING REQUESTED BY:**
WELLS FARGO BANK, N.A.
1000 BLUE GENTIAN RD SUITE 200
EAGAN MN 55121

**WHEN RECORDED MAIL TO:**
WELLS FARGO BANK, N.A.
ASSIGNMENT TEAM
MAC: N9289-016
PO BOX 1629
EAGAN MN 55121-4400

```
CERTIFIED PROPERTY IDENTIFICATION NUMBERS
                                    JACKSON TP
     CERTIFIED 05/11/2017 BY MJC
```

## ASSIGNMENT OF MORTGAGE

MIN: ▮▮▮▮▮▮▮▮ MERS Phone #: **1-888-679-6377**

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FULTON BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND ASSIGNS**, P.O. BOX 2026, FLINT, MI 48501-2026, by these presents does convey, assign, and transfer and set over to: **WELLS FARGO BANK, NA**, 1 HOME CAMPUS, DES MOINES, IA 50328, the following described Mortgage, with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for **$117244.00** is recorded in the State of **PENNSYLVANIA**, County of **Lebanon** Official Records, dated **11/05/2014** and recorded on **11/07/2014**, as Instrument No. **201413208** in Book No. **2204**, at Page No. **1619**.

Original Mortgagor: **ERIC M PYSHER**
Original Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FULTON BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND ASSIGNS**
Property Address: **5 N RAMONA ROAD MYERSTOWN, PA 17067**
Municipality: **Township of JACKSON**

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC is at 1901 E Voorhees Street, Suite C, Danville, IL 61834, P.O. BOX 2026, FLINT, MI 48501-2026
PIN #: **23-2362912-380603-0000**
Date: **05/11/2017**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FULTON BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND ASSIGNS**
By:

_/s/ signature_

CARLA M. NAUGHTON, Assistant Secretary

STATE OF MN
COUNTY OF Dakota } s.s.

On **05/11/2017**, before me **YVES AKARA KENAO**, Notary Public, personally appeared **CARLA M. NAUGHTON**, Assistant Secretary of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FULTON BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND ASSIGNS** personally known to me (or proved to me on the basis of satisfactory evidence), to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.
Witness my hand and official seal.

_/s/ Yves Kenao_

YVES AKARA KENAO, Notary Public
Commission #: **31048018**
My Commission Expires: **01/31/2022**

[Notary Seal: YVES AKARA KENAO, NOTARY PUBLIC - MINNESOTA, MY COMMISSION EXPIRES 01/31/2022]

I do certify that the precise address of **WELLS FARGO BANK, NA** is 1 HOME CAMPUS, DES MOINES, IA 50328.

Attested By:

_/s/ signature_

CARLA M. NAUGHTON, Assistant Secretary



COUNTY OF LEBANON
RECORDER OF DEEDS
Donna J. Lutz, Recorder
400 South 8th Street  Room 107
Lebanon, Pennsylvania 17042-6794

Instrument Number - 201706325
Recorded On 5/12/2017 At 10:14:56 AM
* Instrument Type - ASSIGNMENT
Invoice Number - 289694
* Mortgagor - PYSHER, ERIC M
* Mortgagee - WELLS FARGO BANK

Book - 2236   Starting Page - 2975
* Total Pages - 2

*FEES

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $35.50 |
| RECORDING FEES - RECORDER OF DEEDS | $15.00 |
| PARCEL CERTIFICATION FEE | $10.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| TOTAL PAID | $66.00 |

This is a certification page

DO NOT DETACH

This page is now part of this legal document.

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office of Lebanon County, Pennsylvania.

*Donna J. Lutz*

Donna J. Lutz
Recorder of Deeds

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

Book: **2236**  Page: **2976**

Lebanon County Property Viewer

7/12/2018 3:22:58 PM

1:1,128

0   0.01   0.02 mi
0   0.01   0.02   0.04 km

LCCGIS

- Manufactured Homes
- Lakes and Bodies of Water
- Lakes and Bodies of Water
- Swamp or Marsh
- Municipal Boundaries

Lebanon County
Disclaimer: Tax maps show the approximate boundaries of taxable and non-taxable property. The property boundaries depicted should not be interpreted as the legal boundary description. The legal boundary description can be obtained from the property's deed.

\*\*\*Send All Notices to Assignee\*\*\*
**RECORDING REQUESTED BY:**
WELLS FARGO BANK, N.A.
1000 BLUE GENTIAN RD SUITE 200
EAGAN MN 55121

**WHEN RECORDED MAIL TO:**
WELLS FARGO BANK, N.A.
ASSIGNMENT TEAM
MAC: N9289-016
PO BOX 1629
EAGAN MN 55121-4400

```
CERTIFIED PROPERTY IDENTIFICATION NUMBERS
                                    JACKSON TP
     CERTIFIED 05/11/2017 BY MJC
```

## ASSIGNMENT OF MORTGAGE

MIN: [REDACTED] MERS Phone #: 1-888-679-6377

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FULTON BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND ASSIGNS**, P.O. BOX 2026, FLINT, MI 48501-2026, by these presents does convey, assign, and transfer and set over to: **WELLS FARGO BANK, NA**, 1 HOME CAMPUS, DES MOINES, IA 50328, the following described Mortgage, with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for **$117,244.00** is recorded in the State of **PENNSYLVANIA**, County of Lebanon Official Records, dated **11/05/2014** and recorded on **11/07/2014**, as Instrument No. **201413208** in Book No. **2204**, at Page No. **1619**.
Original Mortgagor: **ERIC M PYSHER**
Original Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FULTON BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND ASSIGNS**
Property Address: **5 N RAMONA ROAD MYERSTOWN, PA 17067**
Municipality: **Township of JACKSON**

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC is at 1901 E Voorhees Street, Suite C, Danville, IL 61834, P.O. BOX 2026, FLINT, MI 48501-2026
PIN #: 23-2362912-380603-0000
Date: 05/11/2017

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FULTON BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND ASSIGNS**

By: *[signature]*

CARLA M. NAUGHTON, Assistant Secretary

STATE OF MN } s.s.
COUNTY OF Dakota }

On 05/11/2017, before me **YVES AKARA KENAO**, Notary Public, personally appeared **CARLA M. NAUGHTON**, Assistant Secretary of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FULTON BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND ASSIGNS** personally known to me (or proved to me on the basis of satisfactory evidence), to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.
Witness my hand and official seal.

*[signature]*

YVES AKARA KENAO, Notary Public
Commission #: 31048018
My Commission Expires: 01/31/2022

*[Notary Seal: YVES AKARA KENAO, NOTARY PUBLIC - MINNESOTA, MY COMMISSION EXPIRES 01/31/2022]*

I do certify that the precise address of **WELLS FARGO BANK, NA** is **1 HOME CAMPUS, DES MOINES, IA 50328**

Attested By:

*[signature]*

CARLA M. NAUGHTON, Assistant Secretary

eRecorded



Instrument Number - 201706325
Recorded On 5/12/2017 At 10:14:56 AM
* Instrument Type - ASSIGNMENT
Invoice Number - 289694
* Mortgagor - PYSHER, ERIC M
* Mortgagee - MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC

COUNTY OF LEBANON
RECORDER OF DEEDS
Donna J. Lutz, Recorder
400 South 8th Street Room 107
Lebanon, Pennsylvania 17042-6794

Book - 2236  Starting Page - 2975
* Total Pages - 2

* **FEES**

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $35.50 |
| RECORDING FEES - RECORDER OF DEEDS | $15.00 |
| PARCEL CERTIFICATION FEE | $10.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| **TOTAL PAID** | **$66.00** |

This is a certification page

**DO NOT DETACH**

This page is now part of this legal document.

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office of Lebanon County, Pennsylvania.

Donna J. Lutz
Recorder of Deeds

\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

Book: 2236  Page: 2976

eRecorded